Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diehl's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Diehl has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

We decline to review Diehl's ineffective assistance of counsel claims because such claims are generally inappropriate on direct appeal. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir.2003)

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

Douglas F. McCormick, Esq., Los Angeles, CA, USSA–Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Karen L. Landau, Esq., Oakland, CA, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS and WARDLAW, Circuit Judges.

### MEMORANDUM **

Manuel Avila–Espinoza appeals from his guilty-plea conviction and 70–month sentence for conspiracy to possess with intent to distribute cocaine and methamphetamine, in violation of 21 U.S.C. § 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Avila–Espinoza's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manuel AVILA–ESPINOZA,**
**Defendant–Appellant.**

No. 06–50443.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 6, 2008.

Michael J. Raphael, Esq., USLA–Office of the U.S. Attorney Criminal Division,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.